UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GRENZEBACH CORPORATION

VERSUS

LEXINGTON INSURANCE COMPANY,
ET AL

CIVIL ACTION

NUMBER 08-217-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the Motion to Remand[1] filed by plaintiff, Grenzebach Corporation, shall be GRANTED and this matter shall be REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, pursuant to 28 U.S.C. § 1447(c) for further proceedings.[2]

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 15, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 7.

[2] Because of the Court's ruling, the order to show cause why this case should not be transferred to the Northern District of Georgia, Rec. Doc. No. 11, is moot.

Doc#45284